196 F.2d 219
 Ed. W. DENT, as Trustee in Bankruptcy for the Estate of Jack
Mitchum, Bankrupt, Appellant,
v.
Jack MITCHUM, Appellee.
 No. 13263.
 United States Court of Appeals Ninth Circuit.
 May 7, 1952.
 
 Thomas S. Tobin, Frank C. Weller and Hubert F. Laugharn, all of Los Angeles, Cal., for appellant.
 No appearance on behalf of appellee.
 Before DENMAN, Chief Judge, and STEPHENS and ORR, Circuit Judges.
 PER CURIAM.
 
 
 1
 The judgment is reversed with the consent of the appellee.